UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENIGNO LEO SANTIAGO,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-08763-DAD-AC

ORDER DIRECTING SUPPLEMENTAL BRIEFING

The court has reviewed petitioner's *pro se* petition for writ of habeas corpus (Doc. No. 1), motion for temporary restraining order (Doc. No. 3), and respondent's October 29, 2026 opposition (Doc. No. 8). Respondent states in its one-page opposition that "this case is not substantively distinguishable from those cases cited" in the court's October 27, 2026 order (Doc. No. 6) and acknowledges that § 1226(a) governs petitioner's detention. (Doc. No. 8 at 1.) However, the exhibits attached to respondent's opposition indicate that petitioner was served with a notice to appear ("NTA") before an immigration judge ("IJ") on October 28, 2026. (*Id.* at 7–9.) Additionally, the exhibits indicate that petitioner was provided with a notice of custody determination in which he requested review by an IJ. (*Id.* at 11–12.) The court cannot ascertain from the current briefing before it whether petitioner appeared before an IJ on October 28, 2026 or whether petitioner's initial custody determination has been reviewed by an IJ.

Accordingly, respondent is DIRECTED to file supplemental briefing no later than November 4, 2026, that addresses whether: (1) petitioner appeared before an IJ on October 28, 2026 and, if so, the outcome of such proceedings; and (2) an IJ has reviewed petitioner's initial custody determination and, if so, the outcome of such proceedings, or, if not, if there is presently a date scheduled for an IJ is set to review petitioner's initial custody determination.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE